JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSHUA GONZALEZ, | ) | Case No. 8:18-cv-00953-DOC (DFMx) |
| Plaintiff, | ) ) ) | ORDER RE STIPULATION TO DISMISS ACTION WITH PREJUDICE [135] |
| vs. | ) ) ) | |
| CITY OF HUNTINGTON BEACH; TREVOR JACKSON; RICHARD GONZALES; and DOES 1 through 10, inclusive, | ) ) ) ) ) | |
| Defendants. | | |

Pursuant to the Stipulation by and between the parties, through their respective attorneys of record, IT IS HEREBY ORDERED that the above captioned action be and hereby is dismissed, with prejudice, with all parties to bear their own costs and attorneys' fees, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1)(A)(ii).

IT IS SO ORDERED

Dated: February 28, 2022

_____
HONORABLE DAVID O. CARTER,
UNITED STATES DISTRICT JUDGE

ORDER RE STIPULATION TO DISMISS ACTION WITH PREJUDICE   1